FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 25 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE ALAN B. JOHNSON**

Civil Action No. 02-cv-01125-ABJ-OES

DAVID L. HILDEBRAND, an individual,

   Plaintiff,

V.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY,
MATCO TOOLS, SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY, and MAC TOOLS,

   Defendants.

---

**STIPULATION** AND **ORDER** REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

DATED at Denver, Colorado this __25__ day of October, 2005.

BY THE COURT:

_____
Alan B. Johnson, Judge

_____
*Pro se* Plaintiff

_____
Counsel for Defendants

_____
Counsel for Defendants