**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| DAVID L. HILDEBRAND,<br><br>Plaintiff,<br><br>vs.<br><br>STECK MANUFACTURING COMPANY, INC., CORNWELL QUALITY TOOLS COMPANY, MAC TOOLS, MATCO TOOLS, SNAP-ON TOOLS COMPANY, TOOLS UNITED STATES ATTORNEY EQUIPMENT COMPANY,<br><br>Defendants. | Case No. 02-cv-01125-ABJ -OES |

**ORDER REGARDING INJUNCTIVE RELIEF**

The above-captioned matter came for jury trial before this Court, Honorable Alan B. Johnson, United States District Judge, presiding. A duly empaneled and sworn jury rendered a unanimous verdict in favor of the Plaintiff, David L. Hildebrand, and awarded $74,863 in lost profit damages. Judgment was entered in accordance with that verdict. Now before the Court is the matter of a remedy in equity.

It is the intent of this Court, evidenced by the attached proposed order, to grant the Plaintiff, David L. Hildebrand, injunctive relief pursuant to 35 U.S.C. § 283, on such terms

as the Court deems reasonable. Before so doing, however, the Court wishes to afford the Plaintiff an opportunity to respond as to the nature and form of proposed injunctive relief, and provide the Defendants the opportunity to respond thereto.

Accordingly, it is hereby

**ORDERED** that Plaintiff, David L. Hildebrand, file with this Court a motion for injunctive relief no later than November 21, 2005, limited to fifteen (15) pages in length. It is further

**ORDERED** that Defendants Steck Manufacturing Company, Cornwell Quality Tools Company, Mac Tools, Matco Tools, Snap-On Tools Company, and Tools UNITED STATES ATTORNEY Equipment Company, respond to Plaintiff's motion and the Court's proposed order no later than December 5, 2005, equally limited to fifteen (15) pages in length.

Dated this 3rd day of November, 2005.

                                                    s/ Alan B. Johnson
                                                    ALAN B. JOHNSON
                                      UNITED STATES DISTRICT JUDGE
                                            SITTING BY DESIGNATION