**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-WY-1125-AJ (OES)

DAVID L. HILDEBRAND,

      Plaintiff,

vs.

STECK MANUFACTURING COMPANY, INC., CORNWELL QUALITY TOOLS COMPANY, MAC TOOLS, MATCO TOOLS, SNAP-ON TOOLS COMPANY, and TOOLS USA EQUIPMENT COMPANY,

      Defendants.

**ORDER DENYING MOTIONS PREVIOUSLY RESERVED UNDER RULE 50(b)**

The above-captioned matter came before the Court at the close of all evidence and prior to the submission of this case to a duly empaneled and sworn Jury. At that time, the Court exercised its power to reserve ruling pursuant to Fed. R. Civ. P. 50(a). The parties have filed notices of appeal and cross-appeal of the unanimous Verdict rendered by the Jury and corresponding Judgment entered by this Court on November 4, 2005. Neither party has renewed its motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b), nor has either party requested a new trial under Fed. R. Civ. P. 59. After careful consideration of the motions, arguments and governing authorities, and being otherwise fully advised in the premises, it is hereby

**ORDERED** that Defendants Steck Manufacturing Company, Cornwell Quality Tools Company, Mac Tools, Matco Tools, Snap-On Tools Company, and Tools USA Equipment Company's motions for judgment as a matter of law shall be, and now are, **DENIED**. It is further

**ORDERED** that Plaintiff David L. Hildebrand's motions for judgment as a matter of law shall be, and now are, **DENIED**. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 58(a)(1)(A), this Order shall constitute an entry of final judgment as to all of the foregoing motions reserved under Fed. R. Civ. P. 50(b).

Dated this 13th day of December, 2005.

                                                   s/ Alan B. Johnson
                                               ALAN B. JOHNSON
                                    UNITED STATES DISTRICT JUDGE
                                           SITTING BY DESIGNATION