IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND,

    Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.;
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY;
TOOLS USA AND EQUIPMENT COMPANY; and
MAC TOOLS,

    Defendants.
_____

ORDER
_____

    Upon Defendant's Response to Plaintiff's Motion for Reconsideration (Doc 265), it is

    ORDERED that Plaintiff's Motion for Reconsideration (Doc 263) is DENIED.

                        BY THE COURT:

                          s/Lewis T. Babcock
                        LEWIS T. BABCOCK, JUDGE

DATED: September 10, 2007