IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND,

    Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.;
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY;
TOOLS USA AND EQUIPMENT COMPANY; and
MAC TOOLS,

    Defendants.
_____

ORDER
_____

    Upon Defendants' Opposition to Plaintiff's Motion for Reconsideration Concerning Attorney Fees (Doc 270), it is

    ORDERED that Plaintiff's Motion for Reconsideration Concerning Attorney Fees (Doc 266) is DENIED.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                          LEWIS T. BABCOCK, JUDGE

DATED: September 24, 2007