IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND,

        Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.;
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY;
TOOLS USA AND EQUIPMENT COMPANY; and
MAC TOOLS,

        Defendants.

_____

ORDER
GRANTING DEFENDANTS' MOTION FOR LEAVE TO
MAKE DEPOSIT OF JUDGMENT AMOUNT
INTO COURT'S REGISTRY
_____

This Order is in response to Defendants' Motion for Leave to Make Deposit of Judgment Amount Into Court's Registry.

Upon Motion of Defendants and for good cause shown, the Defendants Steck Manufacturing Company, Inc., Cornwell Quality Tools Company, MATCO Tools, Snap-On Tools Company, Tools USA and Equipment Company; and MAC Tools (collectively referred to as "Steck Manufacturing") are granted permission to deposit the judgment amount of $74,863.00 into the Court's registry.  Pursuant to Fed.R.Civ.P. 67 and D.C. Colo. L. Civ. R. 67.2, the Clerk of Courts is hereby ordered to accept from Defendants Steck Manufacturing the amount of $74,863.00 for deposit into the Court's registry in full satisfaction of the judgment entered in this case.

IT IS SO ORDERED   October 3, 2007

                    s/Lewis T. Babcock
                    UNITED STATES DISTRICT JUDGE
                    LEWIS T. BABCOCK