IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND,

       Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.;
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY;
TOOLS USA AND EQUIPMENT COMPANY; and
MAC TOOLS,

       Defendants.

_____

AMENDED ORDER
_____

Upon the Stipulation and Joint Motion for Release of Charging Lien (Doc 278 - filed

October 16, 2007), it is

ORDERED as follows:

1.     The Clerk of the Court shall issue payment in satisfaction of the charging

lien as follows:

    a.    $9,362.70 to:      Waller and Mark, PC
                                  5105 DTC Parkway, Suite 450
                                  Greenwood Village, CO 80111

    b.    $46,520.08 to:    Law Offices of Brian J. Reichel
                                  5023 West 120th Avenue, Suite 326
                                  Broomfield, CO 80020

IT IS FURTHER ORDERED that upon disbursement of the above amounts, the charging lien shall be deemed released in its entirety.

IT IS FURTHER ORDERED that Plaintiff David L. Hildebrand is entitled to all remaining proceeds in this matter in the amount of $18,980.22.

BY THE COURT:

___s/Lewis T. Babcock_____
Lewis T. Babcock, Judge

DATED: October 18, 2007

2