# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.: 02-CV-01125-LTB

DAVID L. HILDEBRAND, an individual,

        Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY, and
MAC TOOLS,

        Defendants.

## AMENDED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO MAKE DEPOSIT OF JUDGMENT AMOUNT INTO COURT'S REGISTRY

This Order is in response to the Plaintiff's Motion to Correct [281] Order concerning judgment amount concerning interest owed to Plaintiff.

Upon Motion of the Plaintiff and pursuant to the agreement of the parties, the Defendants Steck Manufacturing Company, Inc.; Cornwell Quality Tools Company; MATCO Tools; Snap-On Tools Company; Tools USA and Equipment Company; and MAC Tools (collectively referred to as "Steck Manufacturing") are ordered and granted permission to deposit statutory interest on the judgment amount in the amount of $5,918.02 into the Court's registry. Pursuant to Fed. R. Civ. P.

67 and D.C. Colo. L. Civ. R. 67.2, the Clerk of Courts is hereby ordered to accept from Defendant Steck Manufacturing the amount of $5,918.02 for deposit into the Court's registry in full satisfaction of the statutory interest owed on the judgment entered in this case.

    IT IS SO ORDERED    November 8, 2007    .

                                             s/Lewis T. Babcock  
                                    UNITED STATES DISTRICT JUDGE  
                                    LEWIS T. BABCOCK