**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 02-cv-01125-LTB

DAVID L. HILDEBRAND, an individual,

        Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY, and
MAC TOOLS,

        Defendants.
_____

## ORDER OF CLARIFICATION
_____

The $5,918.02 ordered deposited into the registry of the Court on November 8, 2007 (Doc 288) is clarified to provide that this sum is to be disbursed to Plaintiff David Hildebrand.

Dated: December __17__, 2007.

                            BY THE COURT:

                            s/Lewis T. Babcock
                            Lewis T. Babcock, Judge