# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND, an individual,

        Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY, and
MAC TOOLS,

        Defendants.

## ORDER

This matter is before me on Plaintiff's Motion for Relief from Clerical Error (Doc 291). The Court has reviewed the Motion, Defendant's Opposition (Doc 295), the file, and being fully advised, it is

ORDERED that Plaintiff's Motion (Doc 291) appears meritless and is DENIED.

IT IS FURTHER ORDERED that Plaintiff is advised that any further filings of a frivolous and meritless nature may warrant the awarding of attorney fees and sanctions against the Plaintiff.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: June 23, 2008