**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND, an individual,

       Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY, and
MAC TOOLS,

       Defendants.

---

### ORDER

---

       This matter is before me on Plaintiff's Motion for Prejudgment Interest (Doc 293 - filed June 13, 2008). The Court has reviewed the Motion, Defendant's Opposition (Doc 297), the file, and being fully advised, it is

       ORDERED that Plaintiff's Motion (Doc 293) appears meritless and is DENIED.

       IT IS FURTHER ORDERED that Plaintiff is advised that any further filings of a frivolous and meritless nature may warrant the awarding of attorney fees and sanctions against the Plaintiff.

                                            BY THE COURT:

                                              s/ Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED: July 7, 2008