IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND, an individual,

        Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY, and
MAC TOOLS,

        Defendants.

---

## ORDER

---

Plaintiff's Motion for Relief from Judgment/Order re: Pre-Judgment Interest (Doc 306) is **DENIED** and per request of Defendants, attorneys fees incurred in response to this motion are awarded as sanctions, the same to be submitted **on or before October 6, 2008**.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: September 23, 2008