NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

02CV1125

2008-1047

DAVID L. HILDEBRAND,

Plaintiff-Appellant,

v.

STECK MANUFACTURING COMPANY, INC.,
CORNWELL QUALITY TOOLS COMPANY,
MATCO TOOLS, SNAP-ON TOOLS COMPANY,
TOOLS USA AND EQUIPMENT COMPANY and MAC TOOLS,

Defendants-Appellees,

and

ATC PRODUCTS, INC.,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 14 2008

GREGORY C. LANGHAM
CLERK

Appeal from the United States District Court for the District of Colorado in case no. 02-CV-01125, Judge Lewis T. Babcock.

ON MOTION

Before MICHEL, Chief Judge, MAYER, Circuit Judge, and STEARNS, District Judge.*

## ORDER

David L. Hildebrand objects to defendants-appellees' submitted Bill of Costs. Steck Manufacturing Company, Inc., Cornwell Quality Tools Company, Matco Tools, Snap-On Tools Company, Tools USA and Equipment Company, and Mac Tools oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied and the objection is overruled.

FOR THE COURT

OCT 0 8 2008
Date

*Jan Horbaly* (signature)

Jan Horbaly
Clerk

cc: Charles F. Shane, Esq.
David L. Hildebrand

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

OCT 0 8 2008

**JAN HORBALY**
**CLERK**

---

* Honorable Richard G. Stearns, District Judge, United States District Court for the District of Massachusetts, sitting by designation.

2008-1047     2