IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Action No. 02-cv-01125-LTB

DAVID L. HILDEBRAND,

       Plaintiff,

v.

STECK MANUFACTURING COMPANY, INC.;
CORNWELL QUALITY TOOLS COMPANY;
MATCO TOOLS;
SNAP-ON TOOLS COMPANY;
TOOLS USA AND EQUIPMENT COMPANY; and
MAC TOOLS,

       Defendants.

_____

ORDER
_____

This patent infringement case is before me on Defendants' Motions for Attorney Fees [**Docket ## 312, 318**] and Plaintiff's Memorandums in Opposition [**Docket ## 317, 320**]. Defendants' motions arise out of prior orders of this Court [**Docket ## 310, 315**] awarding, as sanctions, Defendants' attorney fees incurred defending certain frivolous motions [**Docket ## 303, 306**]. The attorney fee sanction awards were affirmed by the Federal Circuit on May 7, 2009 [**Docket # 327**].

Defendants' motions claim $1,527.50 in attorney fees incurred defending against Plaintiff's Motion for Relief from Judgment Concerning Attorney Fees [**Docket # 303**]—a motion consisting of more than two-hundred pages of argument and exhibits—and $799.00 in attorney fees incurred defending against Plaintiff's Motion for Relief from Judgment/Order re:

Pre-Judgment Interest [**Docket # 306**]—a motion consisting of more than fifty pages of arguments and exhibits.  The fee amount reflects an hourly rate of $235 per hour charged by Charles F. Shane—a partner at the law firm of Bieser, Greer & Landis in Dayton, Ohio, who has been licensed to practice law since 1993.  A rate of $235 per hour for an attorney of Mr. Shane's skill and experience is reasonable in both Dayton, Ohio, and Denver, Colorado.  *See Casey v. Williams Prod. RMT Co.*, 599 F. Supp. 2d 1253, 1256 (D. Colo. 2009); *Ferrero v. Henderson*, No. 3:00CV00462, 2005 WL 1802134 (S.D. Ohio July 28, 2005).  Moreover, in light of Plaintiff's prolix motions, the amount of time spent on each motion is likewise reasonable.

Accordingly, Defendants' Motions for Attorney Fees [**Docket ## 312, 318**] are GRANTED.  It is hereby ORDERED that Defendants are entitled to an award of attorney fees in the amount of $2,326.50.

Dated: June __3__, 2009.

BY THE COURT:

___s/Lewis T. Babcock_____
Lewis T. Babcock, Judge